IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALLISON COVINGTON,

Plaintiff,

v.                                                    Case No. 18-cv-1076 JPG/GCS

CITY OF MURPHYSBORO, ILLINOIS,

Defendant.

## JUDGMENT

The Court having been advised by counsel for the parties that the above action has been

settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice

and without costs.


**Dated: November 22, 2019**        **MARGARET M. ROBERTIE, Clerk of Court**

**s/ Tina Gray, Deputy Clerk**


**Approved:**    *s/J. Phil Gilbert*
            **J. PHIL GILBERT**
            **DISTRICT JUDGE**